The Law Offices of Jacob Aronauer

May 12, 2023

**Via ECF**
Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Rojas v. Kaleo Construction Corp. et al.
             1:23-cv-00199

Dear Your Honor:

    This office represents Plaintiff in the above captioned matter. This letter serves in response to the further requested information from the Court.

    A spreadsheet setting forth what we believe to be Plaintiff's damages are annexed. As reflected in the spreadsheet, we believe that Jorge Rojas is owed $1,380 in unpaid wages, $1,380 in liquidated damages and $10,000 in notice damages. As Rojas' 'best day' was only $12,760, we believed a settlement of $13,000 was excellent.

    When we initially filed this action, we believe that it could potentially be a strong class action lawsuit. However, after speaking with Defendants' counsel, we had concerns about whether there would be enough people to bring a class action and, in addition, whether Defendants would be able to pay a class action settlement. The fact that Defendants needed two installments to make a settlement of $13,000 reflects that Defendants are having financial difficulties.

    Attorney fees setting forth Plaintiff's counsel's attorney fees are annexed (please note that it does not include the time spent working on this letter). The legal fees expended in this matter are $4,109.30 (assuming that the Court approves the requested hourly rates of $445 an hour and paralegal rates ranging from $165 to $175 an hour). To keep legal fees to a minimum because it was a straightforward case, I sought to give as much work to the paralegals as possible and then I reviewed the work performed.

    Plaintiff's counsel has extensive experience representing employees in wage and hour actions. I deal almost exclusively in employment law in the field of the FLSA and NYLL. In 2015, I received my J.D. from Suffolk University Law School and in 2013, I formed The Law Offices of Jacob Aronauer. Prior to starting my own practice, I worked at New York law firms, as well as the New York City Mayor's Office of Labor Relations for over four years, where I represented New York agencies.

    It is respectfully requested that the Court approval my firm's hourly rates of $445 for 2023 for myself and $165 or $175 (depending on experience/expertise) for paralegals. As the time sheets reflect, I am aware that it is the preference of the Courts that to the extent

possible to have paralegals and associates perform legal work over more senior attorneys. *See Grottano v. City of New York*, 2022 U.S. Dist. LEXIS 125860, at * 23-23 (S.D.N.Y. July 15, 2022) (Judge Berman noting that "Class Counsel's 55% allocation of work to the most expensive attorneys supports a reduction of the proposed lodestar) (string cite omitted). Accordingly, I made a concerted effort to have paralegals perform the first draft of the work performed in this action.

Not including reimbursement of the filing fee, Plaintiff's counsel seeks legal fees of $4,199.34. This equates to a lodestar of slightly more than one which is on the low end. *See Vidal v. Draft House*, 2020 U.S. Dist. LEXIS 166533, at * 4-5 (S.D.N.Y. Sept. 11, 2020) citing *Sakikio Fujwara v. Sushi Yasuda, Ltd.*, 58 Supp.3d 424, 439 (S.D.N.Y. 2014) (noting that a "lodestar multiplier near 2 should, in most cases, be sufficient compensation for the risk associated with contingent fees in FLSA cases.").

The settlement agreement does not have a confidentiality provision, a release of any non-wage and hour claims or a clause that bars plaintiffs from making any negative statements about Defendants. To the extent that the Court believes that these provisions are in the settlement agreement, the parties agree for the Court to remove them.

With the upmost respect, I am not quite sure what the Court means by "incentive" payments to Plaintiff. I can say though that all of the payments that will be made to Plaintiff are set forth in the settlement agreement. Plaintiff has not been provided nor will he be provided any additional monies.

Respectfully submitted,

By: /s Jacob Aronauer
    Jacob Aronauer

Attachments

cc: All Counsel (via ECF)

## Law Offices of Jacob Aronauer

225 Broadway, 3rd Floor
New York, New York 10007
Phone: (212) 323-6980

**INVOICE**

Invoice # 243
Date: 05/12/2023
Due On: 06/11/2023

Jorge Rojas
3467 Fort Independence St, 1st fl apt # 1
Bronx, NY 10463

### 00465-Calderon

### Jorge Rojas v Kaleo Construction Corp

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 11/10/2022 | Paralegal Fees - Maria: In person intake | 1.00 | $165.00 | $165.00 |
| Service | 11/10/2022 | Attorney Fees - Jacob: In person intake | 1.00 | $445.00 | $445.00 |
| Service | 11/17/2022 | Paralegal Fees - Sydney: Damages spreadsheets for Cardona and Calderon | 1.50 | $165.00 | $247.50 |
| Service | 12/01/2022 | Paralegal Fees - Sydney: Drafted complaint | 4.00 | $165.00 | $660.00 |
| Service | 12/07/2022 | Paralegal Fees - Maria: In person meeting. Client signed the retainer | 0.32 | $165.00 | $52.80 |
| Service | 12/09/2022 | Paralegal Fees - Maria: Informed the client about doing the case as a Class Action lawsuit | 0.04 | $165.00 | $6.60 |
| Service | 12/09/2022 | Paralegal Fees - Maria: Research on defendant | 0.18 | $165.00 | $29.70 |
| Service | 12/09/2022 | Paralegal Fees - Maria: New retainer has been sent to the clients. | 0.04 | $165.00 | $6.60 |
| Service | 01/04/2023 | Paralegal Fees - Alicia: Call with Mr. Calderon about the owner of the company calling Mr. Jorge Rojas and confirming the date he started working with the company, the first week of June 2021 and he stopped working in the second week of December 2021. | 0.04 | $165.00 | $6.60 |
| Service | 01/07/2023 | Paralegal Fees - Elena: redrafting complaint as single plaintiff | 2.00 | $175.00 | $350.00 |
| Service | 01/09/2023 | Paralegal Fees - Maria: Rojas was informed that Calderon is not more in the case. | 0.05 | $175.00 | $8.75 |
| Service | 01/09/2023 | Attorney Fees - Jacob: Review complaint, review spreadsheet | 0.65 | $445.00 | $289.25 |
| Service | 01/11/2023 | Paralegal Fees - Maria: Client was informed that the complaint was filed. | 0.07 | $175.00 | $12.25 |

Page 1 of 3

Invoice # 243 - 05/12/2023

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/13/2023 | Paralegal Fees - Elena: Rojas-Kaleo settlement agreement | 0.59 | $175.00 | $103.25 |
| Service | 01/15/2023 | Paralegal Fees - Elena: Rojas-Kaleo settlement agreement | 1.09 | $175.00 | $190.75 |
| Service | 01/18/2023 | Paralegal Fees - Elena: Rojas-Kaleo settlement agreement | 3.25 | $175.00 | $568.75 |
| Service | 01/30/2023 | Paralegal Fees - Maria: Translated Settlement Agreement | 0.49 | $175.00 | $85.75 |
| Service | 02/01/2023 | Attorney Fees - Jacob: Draft settlement agreement. | 0.75 | $445.00 | $333.75 |
| Service | 02/02/2023 | Paralegal Fees - Sydney: Drafted Cheeks letter | 1.00 | $175.00 | $175.00 |
| Service | 02/02/2023 | Paralegal Fees - Maria: Reviewed the Settlement Agreement with the Plaintiff | 0.48 | $175.00 | $84.00 |
| Service | 02/04/2023 | Attorney Fees - Jacob: Review/edit Cheeks letter. | 0.35 | $445.00 | $155.75 |
| Service | 03/01/2023 | Paralegal Fees - Alicia: Updating the client - Waiting on the Court to approve our motion for settlement. | 0.04 | $175.00 | $7.00 |
| Service | 03/13/2023 | Paralegal Fees - Alicia: Informed the client that Jacob followed up on the settlement agreement approval. | 0.04 | $175.00 | $7.00 |
| Service | 04/03/2023 | Paralegal Fees - Alicia: Updating client - Waiting on Court approval; I wrote to the COurt about two weeks ago asking for an update. | 0.04 | $175.00 | $7.00 |
| Service | 05/11/2023 | Attorney Fees - Jacob: Draft summons and civil cover sheet and file complaint. | 0.25 | $445.00 | $111.25 |

Total $4,109.30

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 243 | 06/11/2023 | $4,109.30 | $0.00 | $4,109.30 |
| | | | Outstanding Balance | $4,109.30 |
| | | | Total Amount Outstanding | $4,109.30 |

Please make all amounts payable to: Law Offices of Jacob Aronauer

Please pay within 30 days.

## JORGE ROJAS DAMAGES SUMMARY

| | | |
|---|---|---|
| UNPAID OVERTIME | $ | 1,380.00 |
| FLSA LIQUIDATED DAMAGES | $ | 1,380.00 |
| NOTICE DAMAGES | $ | 10,000.00 |
| TOTAL | $ | **12,760.00** |

## Jorge Rojas Damages Analysis

| WEEK | HOURS | HOURLY | APPROPIATC | OVERTIME | FLSA |
|---|---|---|---|---|---|
| 4/3/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 4/10/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 4/17/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 4/24/22 | 40 | $ 23.00 | $ 34.50 | $ - | $ - |
| 5/1/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 5/8/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 5/15/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 5/22/22 | 40 | $ 23.00 | $ 34.50 | $ - | $ - |
| 5/29/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 6/5/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 6/12/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 6/19/22 | 40 | $ 23.00 | $ 34.50 | $ - | $ - |
| 6/26/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 7/3/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 7/10/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 7/17/22 | 40 | $ 23.00 | $ 34.50 | $ - | $ - |
| 7/24/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 7/31/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 8/7/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| TOTAL | | | | $ 1,380.00 | $ 1,380.00 |

**Employment Details**

Employment Period
March 24, 2022 to August 5, 2022

Schedule
Monday through Friday 7am to 3pm, and three Saturdays/month he would work from 7am to 3pm.
One week/Month: 40 hours
Three weeks/Month: 48 hours

Three weeks/Month: 48 hours

**Payment**
$23 per hour by check for first 40 hours
$23 per hour cash for overtime

Case 1:23-cv-00199-JHR   Document 12   Filed 05/13/23   Page 7 of 14

The Law Offices of Jacob Aronauer

May 12, 2023

**Via ECF**
Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *Rojas v. Kaleo Construction Corp. et al.*
     1:23-cv-00199

Dear Your Honor:

  This office represents Plaintiff in the above captioned matter. This letter serves in response to the further requested information from the Court.

  A spreadsheet setting forth what we believe to be Plaintiff's damages are annexed. As reflected in the spreadsheet, we believe that Jorge Rojas is owed $1,380 in unpaid wages, $1,380 in liquidated damages and $10,000 in notice damages. As Rojas' 'best day' was only $12,760, we believed a settlement of $13,000 was excellent.

  When we initially filed this action, we believe that it could potentially be a strong class action lawsuit. However, after speaking with Defendants' counsel, we had concerns about whether there would be enough people to bring a class action and, in addition, whether Defendants would be able to pay a class action settlement. The fact that Defendants needed two installments to make a settlement of $13,000 reflects that Defendants are having financial difficulties.

  Attorney fees setting forth Plaintiff's counsel's attorney fees are annexed (please note that it does not include the time spent working on this letter). The legal fees expended in this matter are $4,109.30 (assuming that the Court approves the requested hourly rates of $445 an hour and paralegal rates ranging from $165 to $175 an hour). To keep legal fees to a minimum because it was a straightforward case, I sought to give as much work to the paralegals as possible and then I reviewed the work performed.

  Plaintiff's counsel has extensive experience representing employees in wage and hour actions. I deal almost exclusively in employment law in the field of the FLSA and NYLL. In 2015, I received my J.D. from Suffolk University Law School and in 2013, I formed The Law Offices of Jacob Aronauer. Prior to starting my own practice, I worked at New York law firms, as well as the New York City Mayor's Office of Labor Relations for over four years, where I represented New York agencies.

  It is respectfully requested that the Court approval my firm's hourly rates of $445 for 2023 for myself and $165 or $175 (depending on experience/expertise) for paralegals. As the time sheets reflect, I am aware that it is the preference of the Courts that to the extent

possible to have paralegals and associates perform legal work over more senior attorneys. *See Grottano v. City of New York*, 2022 U.S. Dist. LEXIS 125860, at * 23-23 (S.D.N.Y. July 15, 2022) (Judge Berman noting that "Class Counsel's 55% allocation of work to the most expensive attorneys supports a reduction of the proposed lodestar) (string cite omitted). Accordingly, I made a concerted effort to have paralegals perform the first draft of the work performed in this action.

Not including reimbursement of the filing fee, Plaintiff's counsel seeks legal fees of $4,199.34. This equates to a lodestar of slightly more than one which is on the low end. *See Vidal v. Draft House*, 2020 U.S. Dist. LEXIS 166533, at * 4-5 (S.D.N.Y. Sept. 11, 2020) *citing Sakikio Fujwara v. Sushi Yasuda, Ltd.*, 58 Supp.3d 424, 439 (S.D.N.Y. 2014) (noting that a "lodestar multiplier near 2 should, in most cases, be sufficient compensation for the risk associated with contingent fees in FLSA cases.").

The settlement agreement does not have a confidentiality provision, a release of any non-wage and hour claims or a clause that bars plaintiffs from making any negative statements about Defendants. To the extent that the Court believes that these provisions are in the settlement agreement, the parties agree for the Court to remove them.

With the upmost respect, I am not quite sure what the Court means by "incentive" payments to Plaintiff. I can say though that all of the payments that will be made to Plaintiff are set forth in the settlement agreement. Plaintiff has not been provided nor will he be provided any additional monies.

Respectfully submitted,

By:  /s Jacob Aronauer
     Jacob Aronauer

Attachments

cc: All Counsel (via ECF)

# Law Offices of Jacob Aronauer

# INVOICE

225 Broadway, 3rd Floor
New York, New York 10007
Phone: (212) 323-6980

Invoice # 243
Date: 05/12/2023
Due On: 06/11/2023

Jorge Rojas
3467 Fort Independence St, 1st fl apt # 1
Bronx, NY 10463

## 00465-Calderon

## Jorge Rojas v Kaleo Construction Corp

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 11/10/2022 | Paralegal Fees - Maria: In person intake | 1.00 | $165.00 | $165.00 |
| Service | 11/10/2022 | Attorney Fees - Jacob: In person intake | 1.00 | $445.00 | $445.00 |
| Service | 11/17/2022 | Paralegal Fees - Sydney: Damages spreadsheets for Cardona and Calderon | 1.50 | $165.00 | $247.50 |
| Service | 12/01/2022 | Paralegal Fees - Sydney: Drafted complaint | 4.00 | $165.00 | $660.00 |
| Service | 12/07/2022 | Paralegal Fees - Maria: In person meeting. Client signed the retainer | 0.32 | $165.00 | $52.80 |
| Service | 12/09/2022 | Paralegal Fees - Maria: Informed the client about doing the case as a Class Action lawsuit | 0.04 | $165.00 | $6.60 |
| Service | 12/09/2022 | Paralegal Fees - Maria: Research on defendant | 0.18 | $165.00 | $29.70 |
| Service | 12/09/2022 | Paralegal Fees - Maria: New retainer has been sent to the clients. | 0.04 | $165.00 | $6.60 |
| Service | 01/04/2023 | Paralegal Fees - Alicia: Call with Mr. Calderon about the owner of the company calling Mr. Jorge Rojas and confirming the date he started working with the company, the first week of June 2021 and he stopped working in the second week of December 2021. | 0.04 | $165.00 | $6.60 |
| Service | 01/07/2023 | Paralegal Fees - Elena: redrafting complaint as single plaintiff | 2.00 | $175.00 | $350.00 |
| Service | 01/09/2023 | Paralegal Fees - Maria: Rojas was informed that Calderon is not more in the case. | 0.05 | $175.00 | $8.75 |
| Service | 01/09/2023 | Attorney Fees - Jacob: Review complaint, review spreadsheet | 0.65 | $445.00 | $289.25 |
| Service | 01/11/2023 | Paralegal Fees - Maria: Client was informed that the complaint was filed. | 0.07 | $175.00 | $12.25 |

Invoice # 243 - 05/12/2023

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/13/2023 | Paralegal Fees - Elena: Rojas-Kaleo settlement agreement | 0.59 | $175.00 | $103.25 |
| Service | 01/15/2023 | Paralegal Fees - Elena: Rojas-Kaleo settlement agreement | 1.09 | $175.00 | $190.75 |
| Service | 01/18/2023 | Paralegal Fees - Elena: Rojas-Kaleo settlement agreement | 3.25 | $175.00 | $568.75 |
| Service | 01/30/2023 | Paralegal Fees - Maria: Translated Settlement Agreement | 0.49 | $175.00 | $85.75 |
| Service | 02/01/2023 | Attorney Fees - Jacob: Draft settlement agreement. | 0.75 | $445.00 | $333.75 |
| Service | 02/02/2023 | Paralegal Fees - Sydney: Drafted Cheeks letter | 1.00 | $175.00 | $175.00 |
| Service | 02/02/2023 | Paralegal Fees - Maria: Reviewed the Settlement Agreement with the Plaintiff | 0.48 | $175.00 | $84.00 |
| Service | 02/04/2023 | Attorney Fees - Jacob: Review/edit Cheeks letter. | 0.35 | $445.00 | $155.75 |
| Service | 03/01/2023 | Paralegal Fees - Alicia: Updating the client - Waiting on the Court to approve our motion for settlement. | 0.04 | $175.00 | $7.00 |
| Service | 03/13/2023 | Paralegal Fees - Alicia: Informed the client that Jacob followed up on the settlement agreement approval. | 0.04 | $175.00 | $7.00 |
| Service | 04/03/2023 | Paralegal Fees - Alicia: Updating client - Waiting on Court approval; I wrote to the COurt about two weeks ago asking for an update. | 0.04 | $175.00 | $7.00 |
| Service | 05/11/2023 | Attorney Fees - Jacob: Draft summons and civil cover sheet and file complaint. | 0.25 | $445.00 | $111.25 |

Total  $4,109.30

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 243 | 06/11/2023 | $4,109.30 | $0.00 | $4,109.30 |
| | | | Outstanding Balance | $4,109.30 |
| | | | Total Amount Outstanding | $4,109.30 |

Please make all amounts payable to: Law Offices of Jacob Aronauer

Please pay within 30 days.

## JORGE ROJAS DAMAGES SUMMARY

| UNPAID OVERTIME | $ | 1,380.00 |
|---|---|---|
| FLSA LIQUIDATED DAMAGES | $ | 1,380.00 |
| NOTICE DAMAGES | $ | 10,000.00 |
| **TOTAL** | $ | **12,760.00** |

## Jorge Rojas Damages Analysis

| WEEK | HOURS | HOURLY | APPROPIATE | OVERTIME | FLSA |
|---|---|---|---|---|---|
| 4/3/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 4/10/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 4/17/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 4/24/22 | 40 | $ 23.00 | $ 34.50 | $ - | $ - |
| 5/1/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 5/8/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 5/15/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 5/22/22 | 40 | $ 23.00 | $ 34.50 | $ - | $ - |
| 5/29/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 6/5/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 6/12/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 6/19/22 | 40 | $ 23.00 | $ 34.50 | $ - | $ - |
| 6/26/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 7/3/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 7/10/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 7/17/22 | 40 | $ 23.00 | $ 34.50 | $ - | $ - |
| 7/24/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 7/31/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| 8/7/22 | 48 | $ 23.00 | $ 34.50 | $ 92.00 | $ 92.00 |
| TOTAL | | | | $ 1,380.00 | $ 1,380.00 |

## Employment Details

**Employment Period**
March 24, 2022 to August 5, 2022

**Schedule**
Monday through Friday 7am to 3pm, and three Saturdays/month he would work from 7am to 3pm.
One week/Month: 40 hours
Three weeks/Month: 48 hours

Three weeks/Month: 48 hours

Payment
$23 per hour by check for first 40 hours
$23 per hour cash for overtime