The Law Offices of Jacob Aronauer

July 25, 2023

**Via ECF**
Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023
```

    Re:   *Rojas v. Kaleo Construction Corp. et al*,
             1:23-cv-00199

Dear Your Honor:

    This office represents Plaintiff in the above captioned matter. I apologize but Plaintiff requests an extension until August 1, 2023 to provide the Court with the revised agreement. I recognize I am not adhering to the Court's rules with respect to the timing of this request as the revised agreement is due today. The terms have been agreed to and Defendants have signed the revised agreement. All that is left is for Plaintiff to sign. This is the first request for an extension. Defendants graciously consent. With the upmost respect and mindful of the Court's busy docket, I respectfully request

                               Respectfully submitted,

                          By:    */s Jacob Aronauer*
                                     Jacob Aronauer

Attachments

cc: All Counsel (via ECF)

---

Plaintiff's Application (ECF No. 15) is GRANTED. By August 1, 2023, Plaintiff shall file settlement materials per the Court's July 11, 2023 Order. *See* ECF No. 14. The Clerk of Court is directed to terminate ECF No. 15. SO ORDERED.

*Jennifer H. Rearden*
July 26, 2023