Plaintiff's application (ECF No. 17) is GRANTED.  By August 15, 2023, Plaintiff shall file settlement materials per the Court's July 11, 2023 Order.  *See* ECF No. 14.  The Clerk of Court is directed to terminate ECF No. 17.  SO ORDERED.

*Jennifer H. Rearden*
July 31, 2023

The Law Offices of Jacob Aronauer

July 30, 2023

**Via ECF**
Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Rojas v. Kaleo Construction Corp. et al*,
              1:23-cv-00199

Dear Your Honor:

       This office represents Plaintiff in the above captioned matter.  I apologize but Plaintiff requests an extension until August 15, 2023 to provide the Court with the revised agreement.  This is the second request for an extension.  Defendants graciously consent.  The reason for the request falls on me.  I thought I had eliminated all references to "Labor Law" but upon a word search I realized I did not eliminate all references.  I have a schedule send e-mail to be sent to opposing counsel at 8 am tomorrow morning with a redlined agreement.  I do not anticipate any issues.  I am asking for two weeks to ensure that I do not have to ask for a third extension.  The agreement needs to be translated for my client and signed by two parties.  Allowing an additional two weeks should be more than sufficient for these events to transpire.

       I apologize for this error and appreciate the Court's understanding and patience.

                                                   Respectfully submitted,

                                             By:    */s Jacob Aronauer*
                                                        Jacob Aronauer

Attachments

cc: All Counsel (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2023